## First National Bank of Newton v. Perry.

**Garnishment:** MORTGAGE OF PERSONAL PROPERTY. Where the answer of a garnishee merely shows that he holds a mortgage on personal property of the debtor, which is in the possession of the latter, and the value of which is not shown, the garnishee should be discharged.

*Appeal from Jasper District Court.*

WEDNESDAY, JULY 27.

IN this case it appeared, from the answer of the garnishee, that he was the mortgagee of personal property of defendants, and that it was in their possession.

The garnishee was discharged. The plaintiff appeals, and assigns the discharge of the garnishee as error. The value of the property did not definitely appear, or was not shown.

*Clark & Ryan* for the appellant.

*Winslow & Wilson* for the appellees.

WILLIAMS, J. — The judgment is affirmed on the authority of *Curtis* v. *Raymond Bros. & Co., ante*, 52. The majority of the court desire that it be noted that they do not think this conflicts with the reasoning in *Torbert* v. *Hayden*, 11 Iowa, 435.

In this opinion I do not concur The rule in the case at bar does not conflict with the rule established in *Torbert* v. *Hayden*, but it does with *dicta* contained in that opinion.

Affirmed.